| | |
|---|---|
| 1 | Frank A. Silane (State Bar No.: 90940) |
|   | Email: fsilane@condonlaw.com |
| 2 | Jennifer J. Johnston (State Bar No.: 125737) |
|   | Email: jjohnston@condonlaw.com |
| 3 | Scott D. Cunningham (State Bar No.: 200413) |
|   | Email: scunningham@condonlaw.com |
| 4 | Ivy L. Nowinski (State Bar No.: 268564) |
|   | Email: inowinski@condonlaw.com |
| 5 | Natasha N. Mikha (State Bar No.: 270731) |
|   | Email: nmikha@condonlaw.com |
| 6 | CONDON & FORSYTH LLP |
|   | 1901 Avenue of the Stars, Suite 850 |
| 7 | Los Angeles, California 90067-6010 |
|   | Telephone: (310) 557-2030 |
| 8 | Facsimile:  (310) 557-1299 |

Attorneys for Defendant
ASIANA AIRLINES, INC.

- and -

ALL PARTIES LISTED ON THE SIGNATURE PAGE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL No. 2497 |
| AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013 | |
| | This Document Relates to: |
| KAZUHISA YANAGIHARA, an individual; SOPHIA CHAN, an individual; KAZUHISA YANAGIHARA, Custodial Parent and Next Friend of S.Y., an individual; and KAZUHISA YANAGIHARA, Custodial Parent and Next Friend of L.Y., an individual,, | Case No. CV13-03686 YGR |
| | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| ASIANA AIRLINES, INC., a corporation; and THE BOEING COMPANY, a corporation, | |
| Defendants. | |

Defendants Asiana Airlines, Inc. and The Boeing Company, and plaintiffs

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
CASE NO.: CV13-03686 YGR                                                    LAOFFICE 131286V.1

Kazuhisa Yanagihara and Sophia Chan, individually and as Custodial Parents and Next Friends of S.Y. and L.Y., minors, hereby request that the above referenced action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), with each party to bear her, his or its own costs and attorney's fees.

**IT IS SO STIPULATED.**

I hereby attest that concurrence in the filing of the Stipulation and [Proposed] Order of Dismissal with Prejudice has been obtained from the other Signatories.

Dated: December 14, 2015                    CONDON & FORSYTH LLP

By: */s/ Frank A. Silane*
    FRANK A. SILANE
    JENNIFER J. JOHNSTON
    SCOTT D. CUNNINGHAM
    IVY L. NOWINSKI
    NATASHA N. MIKHA
    Attorneys for Defendant
    ASIANA AIRLINES, INC.

Dated: December 14, 2015                    PERKINS COIE LLP

By: */s/ Bruce D. Campbell*
    KAYCIE L. WALL
    DANIEL E. LASSEN
    JOHN D. DILLOW
    BRUCE D. CAMPBELL
    JOE SILVERNALE
    MICHAEL E. SCOVILLE
    Attorneys for Defendant
    THE BOEING COMPANY

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO.: CV13-03686 YGR

- 2 -

LAOFFICE 131286V.1

| | | |
|---|---|---|
| 1 | Dated: December 14, 2015 | COTCHETT, PITRE & MCCARTHY LLP |

By: */s/ Frank M. Pitre*
    FRANK M. PITRE
    ALISON E. CORDOVA
    STEWART POLLOCK
    Attorneys for Plaintiffs
    KAZUHISA YANAGIHARA and
    SOPHIA CHAN, individually and as
    Custodial Parents and Next Friends
    of S.Y. and L.Y., minors

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Case No. CV13-03686 YGR, an individual Plaintiffs' case which is part of MDL Case No. 2497, is hereby dismissed with prejudice.

Date: December 17, 2015

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO.: CV13-03686 YGR
- 4 -
LAOFFICE 131286V.1